ACCEPTED
15-24-00066-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/19/2024 1:51 PM
CHRISTOPHER A. PRINE
CLERK

NO. 15-24-00066-CV

IN THE COURT OF APPEALS
FOR THE FIFTEENTH JUDICIAL DISTRICT
AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/19/2024 1:51:00 PM
CHRISTOPHER A. PRINE
Clerk

**RICHARD MARK DUDLEY AND DEANIE PALMER DUDLEY v. TEXAS MUNICIPAL POWER AGENCY**

ON APPEAL FROM THE
272nd DISTRICT COURT
BRAZOS COUNTY, TEXAS
CAUSE NO. 18-001737-CV-272

**APPELLANTS RICHARD MARK DUDLEY AND DEANIE PALMER DUDLEY'S UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' REPLY BRIEF**

COMES NOW, RICHARD MARK DUDLEY and DEANIE PALMER DUDLEY, Appellants, and file this Unopposed Motion for Extension of Time to File Appellants' Reply Brief and would respectfully show unto the Court the following:

**I. Present Deadline**

The current deadline to file the Appellants' Reply Brief is January 6, 2025.[1]

---

[1] The Appellee's Brief was accepted for filing on December 16, 2024, and Appellants received notice that the reply brief would be due 20 days from that date. The 20th day from that date is January 5, 2025, which is a Sunday, so the deadline is extended to the following Monday pursuant to Tex. R. App. P. 4.1(a).

1

## II. Length of Extension Sought

Appellants request a 21-day extension to file their Reply Brief, from Monday, January 6, 2025 to Monday, January 27, 2025.

## III. Number of Previous Extensions Granted

This is the first extension that Appellants have requested with respect to their Appellants' Reply Brief. Appellants previously received one 29-day extension to file their Appellants' Brief. Appellee previously received four extensions to file their Appellee's Brief (for a combined 70-day extension).

## IV. Facts Explaining Needed Extension

Appellee's numerous extensions of time to file its Appellee's brief has resulted in Appellants' reply brief being due on January 6, 2025. Because of the timing of the Christmas and New Year's Day holidays as well as the annual vacation of Appellant's counsel's office during that time period, Appellants are unable to complete their Reply Brief by that January 6, 2025 deadline.

Additionally, Appellants' counsel has been engaged in or has scheduled, among other things, the following matters necessitating an extension to the requested January 27 date:

- Attendance at a status hearing on December 16, 2024 in Cause Nos. 991-G and 992-G; *In the Guardianship of Gaz Climer, an Alleged Incapacitated Adult* and *In the Guardian of Jade Climer, an Alleged*

*Incapacitated Adult*, In the County Court at Law No. 1, Brazos County, Texas, with the outcome that permanent guardianship applications and additional investigation must be completed on an expedited basis;

• Drafting and filing a Preliminary Report pursuant to court order by December 16, 2024 in Cause Nos. 991-G and 992-G; *In the Guardianship of Gaz Climer, an Alleged Incapacitated Adult* and *In the Guardian of Jade Climer, an Alleged Incapacitated Adult*, In the County Court at Law No. 1, Brazos County, Texas;

• Preparation for and attendance at a hearing on December 17, 2024 in Cause No. 18930-PC; *In the Estate of Angel Morales Delgado, III, Deceased*; In the County Court at Law No. 2, Brazos County, Texas;

• Drafting correspondence relating to children's access to their mother for the holiday period and speaking with expert witnesses (with limited availability) for preparation of contested temporary orders hearing in Cause No. 15-003100-CVD-272; *In the Interest of RLB and RCB, Children*; In the 272nd District Court, Brazos County, Texas;

• Preparation of proposed Agreed Final Decree of Divorce in Cause No. 24-003270-CVD-CCL2; *In the Matter of the Marriage of Jamie Lee Loveless and Francisco Alejandro Montiel Ishino*; In the County Court at Law No. 2, Brazos County, Texas;

• Preparation of Docket Control Order due by January 6, 2025 or case will be dismissed for want of prosecution in Cause No. 18059-PC; *In the Estate of Micky Gwynn Rigby, Deceased*; In the County Court at Law No. 1 of Brazos County, Texas;

• Response due on January 6, 2025 for motion for partial summary judgment in Cause No. 23-000937-CV-472; *William Marden v. Serenity Roofing & Construction, Inc.*, In the 472nd District Court, Brazos County, Texas, with a hearing set on that motion for January 13, 2025;

• Discovery responses due on January 9, 2025 in Cause No. 24-002423-CVD-472; *In the Matter of the Marriage of Amy Claire Stivers and Scott*

3

*Stivers and in the Interest of C.E.S., a Child*; In the 472ⁿᵈ District Court, Brazos County, Texas.

- Preparation for and attendance at a hearing on January 9, 2025 in Cause No. 8371; *In the Estate of Francis Dickman*; In the County Court of Robertson County, Texas.

- Preparation for and attendance at a bench trial on January 14, 2025 in Cause No. 23-002152-CV-472 *In the Interest of ASB, a Child*; In the District Court, Brazos County, Texas;

- Deadline of January 16, 2025 (after two previous extensions that combined to previously extend that deadline by 118 days) to file Appellant's Brief in Case No. 10-24-00225-CV; *Dudley Construction, Ltd. v. Cross Roads Concrete Services, Inc.*; in the Tenth Court of Appeals, Waco, Texas.

- Preparation for and attendance at mediation on January 17, 2025 in Cause No. 24-002423-CVD-472; *In the Matter of the Marriage of Amy Claire Stivers and Scott Stivers and in the Interest of C.E.S., a Child*; In the 472ⁿᵈ District Court, Brazos County, Texas.

- Preparation for and attendance at hearing on January 21, 2025 for plaintiff's motion to reinstate in Cause No. 16-14560; *D. Wellmann Trucking, LLC v. Dudley Construction, Ltd.*, in the 12ᵗʰ District Court, Madison County, Texas;

- Preparation for and attendance at bench trial on January 22, 2025 in Cause No. 21-002329-CV-CCL2; *Natalie May Moore v. Autowerks CSTX, LLC*; In the County Court at Law No. 2, Brazos County, Texas.

Other deadlines and activity during this time period includes demand letters, drafting original petitions, transactional issues, and preparation of discovery responses. Furthermore, one of Appellants' appellate attorneys has been sick with

strep throat, and he was out of the office on December 13, 2024.

Accordingly, in light of the foregoing, Appellants' counsel requires more time to prepare their reply brief. This request is not made for improper purposes of delay but so that justice may be done.

### V. Authority to Grant Extension of Time

The Court may grant an extension of time to file an appellate brief under the authority of Texas Rule of Appellate Procedure 38.6(d). This motion is filed within the deadline to file a motion to extend time to file Appellants' Reply Brief as required by Rule 38.6(d) of the Texas Rules of Appellate Procedure.

### CONCLUSION

The Court should extend the time for filing Appellants' Reply Brief for a twenty-one day extension to Monday, January 27, 2025 to allow sufficient time for Appellants' attorney to prepare the reply brief.

### PRAYER

For these reasons, Appellants request that this Court issue an order as follows:

1. Extend the time for filing Appellants' reply brief for twenty-one (21) days, until Monday, January 27, 2025.

Respectfully submitted,

THE SWEARINGEN LAW FIRM
ROBERT A. SWEARINGEN, P.C.


By:     /s/Robert A. Swearingen
        Robert A. Swearingen
        State Bar Number 19563050
        Byron D. Thompson
        State Bar Number 24051698
        3002 Texas Avenue South
        College Station, Texas 77845-5048
        (979) 680-9993 ~ Telephone
        (979) 680-9991 ~  Facsimile
        Robert@swearingenlaw.com

        ATTORNEY FOR APPELLANTS
        RICHARD MARK DUDLEY
        DEANIE PALMER DUDLEY


## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Frederick D. Junkin, attorney for Appellee Texas Municipal Power Agency, via email on December 19, 2024, Mr. Junkin stated in an email response on that date that Appellee was unopposed to the relief sought in this motion.


        /s/ Byron D. Thompson
        BYRON D. THOMPSON

## CERTIFICATE OF SERVICE

I certify that on December 19, 2024, I served a copy of this document, Appellants Richard Mark Dudley and Deanie Palmer Dudley's Unopposed First Motion for Extension of Time to File Appellants' Reply Brief, on the following lead counsel for all parties to the trial court's Judgment, who are listed below, by electronic service and that the electronic transmission was reported as complete. My e-mail address is robert@swearingenlaw.com

Frederick D. Junkin
State Bar No. 11058030
fred.junkin@phelps.com
Phelps Dunbar LLP
910 Louisiana Street, Suite 4300
Houston, Texas 77002
(713) 877-5508
(713) 626-1388 (Fax)
*Attorney for Appellee*
Texas Municipal Power Agency
*via electronic service*

    /s/ Robert A. Swearingen
ROBERT A. SWEARINGEN

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Swearingen Law Firm - Legal Secretary on behalf of Robert Swearingen
Bar No. 19563050
robert@swearingenlaw.com
Envelope ID: 95510975
Filing Code Description: Motion
Filing Description: Appellants' First Unopposed Motion for Extension of Time to File Appellants' Reply Brief
Status as of 12/19/2024 2:22 PM CST

Associated Case Party: Texas Municipal Power Agency

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Sarah Strickland | | SARAH.STRICKLAND@PHELPS.COM | 12/19/2024 1:51:00 PM | SENT |
| Nichole Impastato | | nichole.impastato@phelps.com | 12/19/2024 1:51:00 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Robert A.Swearingen | | robert@swearingenlaw.com | 12/19/2024 1:51:00 PM | SENT |
| Byron Thompson | | byron@swearingenlaw.com | 12/19/2024 1:51:00 PM | SENT |
| Frederick Junkin | | fred.junkin@phelps.com | 12/19/2024 1:51:00 PM | SENT |